**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRYSTAL ANN CLAYTON MAKOUSKY,**

        **Plaintiff,**

-vs-

        Case No. 6:05-cv-617-Orl-KRS

**WING KING THREE, INC.; CO-ADVANTAGE RESOURCES, INC., BEEF O'BRADYS, INC.; JULIA STEVENSON; and BILL STEVENSON,**

        **Defendants.**

## ORDER

This cause came on for consideration by the Court *sua sponte*. Defendant Co-Advantage Resources, Inc. was added as a party to this case after the original parties consented to disposition of the case by the magistrate judge. Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, a federal magistrate judge may exercise full judicial authority in civil cases pursuant to the unanimous and voluntary consent of the parties. However, "parties added to a case after the original litigants have filed a consent under § 636(c) must also agree to the submission of the case to a magistrate judge; if they do not, then the case must be returned to a district judge." *Williams v. GE Capital Auto Lease, Inc.*, 159 F.3d 266, 268 (7th Cir. 1998).

Accordingly, the parties are notified that the case will be returned to the district judge on December 1, 2005, unless, before that date, all parties have filed consents to proceed before the magistrate judge.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties