**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRYSTAL ANN CLAYTON MAKOUSKY,**

        **Plaintiff,**

-vs-
                                                                   Case No.  6:05-cv-617-Orl-KRS

**WING KING THREE, INC., CO-**
**ADVANTAGE RESOURCES, INC., BEEF**
**O'BRADYS, INC., JULIA STEVENSON, and**
**BILL STEVENSON,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' NOTICE REGARDING CONSENT (Doc. No. 66)** |
| **FILED:** | **January 6, 2006** |

The Honorable Anne C. Conway, United States District Judge, referred this case to me for disposition pursuant to the consent of the parties set forth in the Case Management Report. By order dated November 18, 2005, I raised the issue of whether Defendant Co-Advantage Resources, Inc., who was added as a party in the second amended complaint, wished to join in the consent to have this case referred to me under 28 U.S.C. § 636(c). Co-Advantage joined in the consent. Wing King Three,

Inc., Beef O'Bradys, Inc., and Julia and Bill Stevenson did not, at that time, indicate that there was any issue as to consent on behalf of each of them.

On December 20, 2005, I denied a motion to dismiss filed by Co-Advantage. Only after this order was entered did Wing King Three, Inc. and Beef O'Bradys file a notice that they did not participate in the case management conference and, therefore, did not consent to disposition of this case by me. While the timing of this notice is suspect, it is, nevertheless, incumbent upon me to have the matter of referral of this case to me reconsidered by Judge Conway.

Accordingly, the Clerk of Court is directed to reassign the case to Judge Conway and refer to her the Defendants' Notice Regarding Consent. Should Judge Conway determine that the parties have not consented to jurisdiction by the Magistrate Judge, I will vacate the ruling.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties