**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRYSTAL ANN CLAYTON MAKOUSKY,**

        **Plaintiff,**

-vs-

        **Case No. 6:05-cv-617-Orl-KRS**

**WING KING THREE, INC., CO-ADVANTAGE RESOURCES, INC., BEEF O'BRADYS, INC., JULIA STEVENSON, and BILL STEVENSON,**

        **Defendants.**

## ORDER OF RECUSAL

This cause came on after consideration of Defendants' Notice Regarding Consent. Doc. No. 66. Having been advised that specific parties do not consent to disposition of this case by me, it is appropriate for me to recuse myself from the case. The Clerk of Court is directed to reassign the case to Judge Conway, as the presiding district judge, and to assign another magistrate judge to the case.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2006.

        *Karla R. Spaulding*
        KARLA R. SPAULDING
        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties