**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRYSTAL ANN CLAYTON MAKOUSKY,**

        **Plaintiff,**

**-vs-**
        **Case No. 6:05-cv-617-Orl-DAB**

**WING KING THREE, INC., CO-ADVANTAGE RESOURCES, INC., BEEF O'BRADYS, INC., JULIA STEVENSON, and BILL STEVENSON,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendant Co-Advantage Resources, Inc.'s, Motion to Dismiss Plaintiff's Second Amended Complaint with Prejudice (Doc. No. 55) filed on November 7, 2005.

The United States Magistrate Judge has submitted a report recommending that the Motion be **DENIED**.

After an independent *de novo* review of the record in this matter, including the Objections (Doc. No. 81) filed by the Defendant, Co-Advantage Resources, Inc., and Plaintiff's Response thereto (Doc. No. 86), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed December 20, 2005 (Doc. No. 64) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Dismiss (Doc. No. 55) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 3, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party